1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Case No.: 5:24-MJ-00271
11                         Plaintiff, )
                                       )   ORDER OF DETENTION PENDING
12                  v.                 )   FURTHER REVOCATION
                                       )   PROCEEDINGS
13  Brian Escobedo,                    )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                       )   U.S.C. § 3143(a)(1))
14                         Defendant.  )
15  _____   )

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the _Middle_ District of

18  _Florida_ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  ( )   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              ( )   information in the Pretrial Services Report and Recommendation

26              ( )   information in the violation petition and report(s)

27              ( )   the defendant's nonobjection to detention at this time

28              ( )   other: _____

1

1    and/ or

2    B. (X)   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    (X)   information in the Pretrial Services Report and Recommendation

7    (X)   information in the violation petition and report(s)

8    ( )   the defendant's nonobjection to detention at this time

9    ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:   June 20, 2024

15                                          SHERI PYM
                                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28